UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NASIM MALIK-SCOTT,

                 Plaintiff,

vs.                                                                           Civil Action No.:
                                                                              7:25-CV-02661-KMK-VR

COMMISSIONER OF SOCIAL SECURITY,

                 Defendant.
-----------------------------------------------------------X

## <u>ORDER</u>

     AND, NOW, this 17th day of June, 2025, upon consideration of Plaintiff's Motion for an

extension of time to file her brief,

     IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's brief is due

August 1, 2025.  Defendant's brief is due October 1, 2025.  Plaintiff's reply, if any, is due

October 15, 2025. The Clerk of Court is directed to close the gavel associated with ECF No. 6.


Entered: 6/17/2025                                   _____
                                                    United States Magistrate Judge
                                                    Victoria Reznik