UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  NASIM MALIK-SCOTT,,

                              Plaintiff,                25 **CIVIL** 2661 (KMK) (VR)

     -v-                                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 17, 2025, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action.

**Dated:** New York, New York

      November 18, 2025

                                                            **TAMMI M. HELLWIG**
                                                               _____
                                                                   **Clerk of Court**

                         **BY:**          _____
                                                                    **Deputy Clerk**